LESLIE N. HARVEY (State Bar No. 241203)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: lharvey@cov.com

NEIL K. ROMAN (*pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: nroman@cov.com

Attorneys for Plaintiff
THE AMERICAN AUTOMOBILE
ASSOCIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE AMERICAN AUTOMOBILE ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MOBILE MECHANIC and GUY ZEGERS,<br><br>Defendants. | Civil Case No.: 09-cv-05750-MHP<br><br>~~[PROPOSED]~~ **ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE DEADLINES IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

Pending before the Court is Plaintiff's Motion for Administrative Relief to Continue Deadlines In Order Setting Initial Case Management Conference and ADR Deadlines. Pursuant to the evidence and authorities cited by Plaintiff's motion, and for good cause shown, it is hereby

ORDERED that the schedule set forth in the Court's order of December 8, 2009 is modified as follows:

| Date | Event |
|---|---|
| 5/31/2010 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov)<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone conference (form available at http://www.cand.uscourts.gov) |
| 6/14/2010 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) |
| 6/21/2010 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm 15, 18th Floor, SF at 4:00 PM |

IT IS SO ORDERED.

Dated: ~~February~~ March 2, 2010



_____
Marilyn H. Patel
United States District Judge

PROPOSED ORDER RE MOTION FOR
ADMINISTRATIVE RELIEF

2